RECEIVED

SEP 28 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Joe Hand Promotions, Inc. | Civil Action 16-00196 |
| versus | Judge Rebecca F. Doherty |
| Behind The Fence, LLC, et al | Magistrate Judge Carol B. Whitehurst |

## ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion To Set Aside Entry Of Default filed by defendants Amy Felicie Hebert and James A. Wheaton is DENIED.

THUS DONE AND SIGNED this 26th day of September, 2016.

Rebecca F. Doherty
United States District Judge