RECEIVED
APR 2 4 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Joe Hand Promotions, Inc. | Civil Action 16-00196 |
| versus | Judge Rebecca F. Doherty |
| Behind The Fence, LLC, et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff, Joe Hand Promotions, Inc.'s, Motion For Default Judgment as to Behind The Fence LLC [Rec. Doc. 55], be **GRANTED IN PART and DENIED IN PART** and Plaintiff, Joe Hand Promotions, Inc., be awarded a total of $2,900 against Behind the Fence LLC: an award of $1450 in statutory damages under 47 U.S.C. § 553(c)(3)(A)(ii) ($950 for the foregone sublicense fee and $500 for Behind The Fence's estimated profits); an award of $1450 in enhanced damages under 47 U.S.C. § 553(c)(3)(B); and no award for attorney's fees and costs.

**IT IS FURTHER ORDERED** that the Motion to Set Aside Judgment Of Default filed by defendants Amy Felicie Hebert and James A. Wheaton [Rec. Doc.

60] be **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 24 day of April, 2017.

_____
Rebecca F. Doherty
United States District Judge